```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for the United States
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 3110 MORGAN HILL ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 017-430-25, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>      Defendant. | 2:10-CV-01894 WBS-JFM<br><br>STIPULATION FOR STAY OF FURTHER PROCEEDINGS AND ORDER [~~PROPOSED~~]<br><br><br>DATE: N/A<br>TIME: N/A<br>COURTROOM: #5, 14th Floor |

    The United States of America and claimant Jaime R. Serrano (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

    This matter was stayed on December 20, 2010 (Doc. 20), and again on July 12, 2011 (Doc. 31), because of the pending criminal case against Jaime R. Serrano in Trinity County Superior Court, <u>People v. Jaime R. Serrano, et al</u>., Case No. 10-F-1056A.  The parties understand that sentencing of Jaime R. Serrano in the criminal case is presently scheduled for November 30, 2011.  For this reason, the parties request that the stay be extended for an

additional sixty days.

At that time, the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated: November 11, 2011           BENJAMIN B. WAGNER
                                   United States Attorney


                            By    /s/ Kevin C. Khasigian
                                   KEVIN C. KHASIGIAN
                                   Assistant U.S. Attorney


Dated: November 11, 2011           /s/ Stephen Sweigart
                                   STEPHEN SWEIGART
                                   Attorney for claimant
                                   Jaime R. Serrano
                                   (Signature retained by
                                   counsel)

**ORDER**

For the reasons set forth above, this matter is stayed for an additional sixty days.  On or before January 10, 2012, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for November 28, 2011, is vacated and is rescheduled to **February 6, 2012 at 2:00 p.m.**  A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  November 14, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE