```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CV-01894 WBS-JFM |
|        Plaintiff, ) | STAY NO LONGER REQUIRED |
|     v. ) | OF FURTHER PROCEEDINGS AND ORDER [~~PROPOSED~~] |
| REAL PROPERTY LOCATED AT 3110 ) MORGAN HILL ROAD, HAYFORK, ) CALIFORNIA, TRINITY COUNTY, ) APN: 017-430-25,INCLUDING ALL ) APPURTENANCES AND IMPROVEMENTS ) THERETO, ) | |
|        Defendant. ) | |

The United States of America and claimant Jaime R. Serrano (hereafter "claimant") hereby advise the Court that a stay is no longer pertinent in this matter. As described more fully in the Orders Staying the Case entered on July 12, 2011 (Doc. 31) and November 16, 2011 (Doc. 34), this civil forfeiture case has been stayed pending the resolution of the related criminal charges filed against the claimant in Trinity County Superior Court.

The parties now submit that the criminal case filed against the claimant in the Trinity County Superior Court, i.e., the

1  basis for the stay in the above-entitled case, has reached its
2  conclusion.  Per the Court's November 16, 2011 Order granting a
3  further stay in the case, "the parties will advise the court of
4  the status of the criminal case and will advise the court whether
5  a further stay is necessary [within sixty days]."  Accordingly,
6  the stay is longer pertinent and the obligation to file a Joint
7  Status Report is now active.

9     The parties submit:
10    1.    The grounds forming the basis for the previous stay are
11          no longer present and that a stay is no longer
12          pertinent; and
13    2.    The parties will file, fourteen days prior to the
14          pretrial scheduling conference, a joint status report
15          addressing the matters set forth in the July 9, 2010,
16          Order Setting Status (Pretrial Scheduling) Conference.

18  Dated: 1/10/12                    BENJAMIN B. WAGNER
                                      United States Attorney

20                             By:    /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
21                                    Assistant U.S. Attorney

23
24  Dated: 01/10/2012          By:    /s/ Stephen Sweigart
                                      STEPHEN SWEIGART
                                      Attorney for claimant
25                                    Jaime R. Serrano
26                                    (Signature retained by
                                      attorney)

1                              **ORDER**

2     For the reasons set forth above, the grounds forming the
3 basis for the previous stay are no longer present and that a stay
4 is no longer pertinent.  On or before January 23, 2012, the
5 parties will file a joint status report addressing the matters
6 set forth in the  July 9, 2010, Order Setting Status (Pretrial
7 Scheduling) Conference.  The Scheduling Conference now set for
8 February 6, 2012 at 2:00 p.m. shall remain scheduled as
9 previously ordered.

11      IT IS SO ORDERED.

13 Dated:   January 10, 2012

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE