1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:10-CV-01894 WBS-JFM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| REAL PROPERTY LOCATED AT 3110 MORGAN HILL ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 017-430-25, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) E.D. Local Rule 144(a) |
| | ) Old Date:  March 19, 2012 |
| Defendant. | ) New Date: **April 16, 2012** |

The United States and claimant Jaime R. Serrano (hereafter "claimant"), by and through their respective counsel, hereby submit the following Stipulation and Proposed Order to Continue Scheduling Conference.

1.  This stipulation is executed by all parties who have appeared in and are affected by this action.

2.  The parties are requesting that the scheduling conference currently set for March 19, 2012 be continued to **April 16, 2012 at 2:00 p.m.** to secure the claimant's notarized signature on the dispositional documents. Additional time is required given the need for a notarized signature, and the claimant's incarcerated

status.

3. The parties request and stipulate to continue the Scheduling Conference currently set for March 19, 2012 to **April 16, 2012 at 2:00 p.m.** in Courtroom Five before Honorable William B. Shubb. It is further stipulated the Joint Status Report due to the Court by March 9, 2012, will now be due on or before **April 2, 2012.**

Dated: 3/8/12                              BENJAMIN B. WAGNER
                                           United States Attorney

                              By:    /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney


Dated: 3/8/12                 By:    /s/ Stephen Sweigart
                                     STEPHEN SWEIGART
                                     Attorney for claimant
                                     Jaime R. Serrano

                                     (Authorized by email)

## ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Scheduling Conference date is vacated in favor of **April 16, 2012 at 2:00 p.m.** before Honorable William B. Shubb. The parties' Joint Status Report shall be due on or before **April 2, 2012**.

Dated: March 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE